## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## AUSTIN DIVISION

| | | |
|---|---|---|
| Robert Bruce, Bryan Slaton, Grayson County Conservatives PAC | § § § § § § | CIVIL NO: AU:22-CV-01166-RP |
| vs. | | |
| J.R. Johnson, Mary K.(Katie) Kennedy, Randall H. Erben, Chad M. Craycraft, Chris Flood, Patrick W. Mizell, Richard S. Schmidt, Joseph O. Slovacek, Steven D. Wolens | | |

## ORDER CANCELLING PRELIMINARY INJUNCTION HEARING

IT IS HEREBY ORDERED that the above entitled and numbered case having been set for **PRELIMINARY INJUNCTION HEARING** on **Tuesday, December 06, 2022 at 02:00 PM is hereby CANCELLED until further order of the court**.

IT IS SO ORDERED this 5th day of December, 2022.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE