FILED
December 05, 2022
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____Julie Golden_____
DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Robert Bruce, et al.,<br><br>*Plaintiffs*,<br><br>v.<br><br>J.R. Johnson, in his official capacity as Executive Director of the Texas Ethics Commission, et al.,<br><br>*Defendants*. | Civil Action No. 1:22-cv-1166-RP |

### Order

Considering the Joint Motion to Postpone December 6th Hearing on Preliminary Injunction,

**IT IS ORDERED** that the motion is **GRANTED**. The currently scheduled December 6th preliminary injunction hearing is hereby postponed until further order of the Court, and all briefing deadlines related to Plaintiffs' request for a preliminary injunction are stayed. The parties shall file an advisory with the Court regarding the status of the case no later than December 15, 2022.

Signed _____December 5_____, 2022

_____
Robert Pitman
United States District Judge