IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| ROBERT BRUCE, BRYAN SLATON, AND GRAYSON COUNTY CONSERVATIVES PAC, | § § § § | |
| *Plaintiffs,* | § § | |
| V. | § § | CIVIL ACTION NO. 1:22-cv-1166 |
| J.R. JOHNSON, IN HIS OFFICIAL CAPACITY AS EXECUTIVE DIRECTOR OF THE TEXAS ETHICS COMMISSION; MARY K. KENNEDY; RANDALL H. ERBEN; CHAD M. CRAYCRAFT; CHRIS FLOOD; PATRICK W. MIZELL; RICHARD S. SCHMIDT; JOSEPH O. SLOVACEK; AND STEVEN D. WOLENS, IN THEIR OFFICIAL CAPACITIES AS MEMBERS OF THE TEXAS ETHICS COMMISSION, | § § § § § § § § § § § § § § § | |
| *Defendants.* | § | |

**ORDER**

On this date, the Court considered the Motion for Leave to Intervene of the Honorable Charlie Geren and the Honorable Dustin Burrows.

After considering that Motion, the Court hereby ORDERS that the Motion for Leave to Intervene filed by the Honorable Charlie Geren and the Honorable Dustin Burrows be GRANTED in all things.

It is, therefore, ORDERED that the Honorable Charlie Geren and the Honorable Dustin Burrows are granted leave to intervene in this action.

1

931287.v1

2

And FURTHER ORDERED that the Intervenors shall be subject to the prior orders entered by the Court in this action.

Signed this _____ day of December, 2022.

_____
Honorable Robert Pitman
United States District Judge

Submitted by:

/s/ *Jonathan D. Pauerstein*
Jonathan D. Pauerstein
State Bar No. 15637500
Lauren C. Howell
State Bar No. 24125286
ROSENTHAL PAUERSTEIN
SANDOLOSKI AGATHER LLP
755 E. Mulberry, Suite 200
San Antonio, Texas 78212
Telephone: (210) 225-5000
Facsimile: (210) 354-4034
jpauerstein@rpsalaw.com
lhowell@rpsalaw.com

**ATTORNEYS FOR INTERVENORS
HON. CHARLIE GEREN AND
HON. DUSTIN BURROWS**

931287.v1