IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Robert Bruce, Bryan Slaton, and Grayson County Conservatives PAC, <br><br> *Plaintiffs*, <br><br> v. <br><br> J.R. Johnson, in his official capacity as Executive Director of the Texas Ethics Commission; Mary K. Kennedy, Randall H. Erben, Chad M. Craycraft, Chris Flood, Patrick W. Mizell, Richard S. Schmidt, Joseph O. Slovacek, and Steven D. Wolens, in their official capacities as members of the Texas Ethics Commission, <br><br> *Defendants*. | Civil Action No. 1:22-cv-1166-RP |

**Joint Advisory Regarding Case Status**

Plaintiffs and Defendants jointly advise the Court that their settlement discussions remain ongoing. The parties will file appropriate papers or otherwise advise the Court regarding potential resolution of this matter and the need for Court intervention, if any, no later than Monday, December 19, 2022.

– 2 –

Respectfully submitted,

| | |
|---|---|
| THE LAW OFFICES OF TONY MCDONALD | **KEN PAXTON**<br>Attorney General of Texas |
| By:  /s/ Tony McDonald<br>Tony McDonald<br>State Bar No. 24083477<br>tony@tonymcdonald.com<br>Garrett McMillan<br>State Bar No. 24116747<br>garrett@tonymcdonald.com<br>1501 Leander Dr., Ste. B2<br>Leander, TX 78641<br>(512) 200-3608 (Tel)<br>(815) 550-1292 (Fax)<br>*Counsel for Plaintiffs* | **BRENT WEBSTER**<br>First Assistant Attorney General<br><br>**GRANT DORFMAN**<br>Deputy First Assistant Attorney General<br><br>**SHAWN COWLES**<br>Deputy Attorney General for Civil Litigation<br><br>*/s/ Christopher D. Hilton*<br>**CHRISTOPHER D. HILTON**<br>Chief, General Litigation Division<br>Texas Bar No. 24087727<br>P.O. Box 12548, Capitol Station<br>Austin, Texas 78711-2548<br>christopher.hilton@oag.texas.gov<br><br>***COUNSEL FOR DEFENDANTS*** |

## CERTIFICATE OF SERVICE

I certify that on December 15, 2022, a true and accurate copy of the foregoing Joint Advisory was filed electronically via CM/ECF. The electronic case filing system sent Notice of Electronic Filing to all counsel of record.

/s/ Christopher D. Hilton
Christopher D. Hilton