IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | |
|---|---|
| Robert Bruce, Bryan Slaton, and Grayson County Conservatives PAC,<br><br>*Plaintiffs*,<br><br>v.<br><br>J.R. Johnson, in his official capacity as Executive Director of the Texas Ethics Commission; Mary K. Kennedy, Randall H. Erben, Chad M. Craycraft, Chris Flood, Patrick W. Mizell, Richard S. Schmidt, Joseph O. Slovacek, and Steven D. Wolens, in their official capacities as members of the Texas Ethics Commission,<br><br>*Defendants*. | Civil Action No. 1:22-cv-1166-RP |

## Agreed Final Judgment

On this day, the Court considered the Unopposed Motion to Enter Agreed Final Judgment filed by Plaintiffs Robert Bruce, Bryan Slaton, and Grayson County Conservatives PAC ("Plaintiffs"). Defendants J.R. Johnson, in his official capacity as Executive Director of the Texas Ethics Commission; Mary K. Kennedy, Randall H. Erben, Chad M. Craycraft, Chris Flood, Patrick W. Mizell, Richard S. Schmidt, Joseph O. Slovacek, and Steven D. Wolens, in their official capacities as members of the Texas Ethics Commission ("Defendants") do not oppose the entry of this Agreed Final Judgment. Accordingly, the Court finds that the Unopposed Motion should be, and hereby is, in all things **GRANTED**. The Court hereby enters Judgment as follows:

1. It is therefore **ORDERED** that Defendants are hereby permanently enjoined from enforcing Texas Government Code sections 302.0191, 302.021(d), and 302.021(e-1).

2. It is further **ORDERED** Plaintiffs are awarded costs in the amount of $402.00 and attorneys' fees in the amount of $5,000.00, with each Party to bear any other costs, expenses, or fees not specifically ordered herein that they have incurred.

3. This is a final judgment disposing of all Plaintiffs' claims against Defendants in this matter. All other relief not expressly granted herein is denied.

4. **IT IS FINALLY ORDERED** that this case is **CLOSED**. The Court shall retain jurisdiction to enforce the terms of the permanent injunction.

SIGNED this the 3 day of January, 2023.

*/s/ Robert Pitman*
Robert Pitman
United States District Judge